No. 77–1060. CONDIT ET AL. v. UNITED AIR LINES, INC. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 77–1057. YUHAS ET AL. v. LIBBEY-OWENS-FORD CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 77–1059. BOSSARD, ADMINISTRATRIX, ET AL. v. EXXON CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–1083. SIMPSON v. O'NEAL. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.